**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMAD HASSAN YOUSEFI,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>Respondents. | Case No.:  3:26-cv-00272-RBM-VET<br><br>**ORDER SETTING FURTHER BRIEFING SCHEDULE** |

On January 16, 2026, Petitioner Mohammad Hassan Yousefi ("Petitioner"), proceeding *pro se*, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"). (Doc. 1.)  After the Petition was briefed (*see* Docs. 4, 5), the Court denied it without prejudice. (Doc. 6.)  The Court found that, because Respondents had obtained Petitioner's Iranian passport and arranged his removal flight to Iran, they had rebutted Petitioner's assertion that his removal was not significantly likely in the reasonably foreseeable future. (*See id.* at 4–6 (discussing *Zadvydas v. Davis*, 533 U.S. 678 (2001).)  The Court also ordered Respondents to file a Status Report on or before March 6, 2026 indicating whether Petitioner was removed to Iran, and gave Petitioner leave to file an amended Petition if he had not been removed by that date. (*Id.* at 6.)

1

Respondents timely filed a Status Report indicating that they "had scheduled Petitioner for a charter flight removal to Iran on March 28 or 29, 2026," but that "removal flights to Iran have temporarily ceased" due to the current conflict. (Doc. 7 at 1.) After Respondents filed the Status Report, Petitioner, still proceeding *pro se*, filed an Amended Petition for Writ of Habeas Corpus ("Amended Petition"). (Doc. 10.) In the Amended Petition, Petitioner raised the same claims that his detention without a bond hearing violates the Fifth Amendment's Due Process Clause, *Zadvydas*, and the Administrative Procedure Act. (*See id.* at 1–6.) Shortly thereafter, Federal Defenders of San Diego, Inc. filed a Notice of Appearance and entered the case as Petitioner's counsel. (Doc. 8.)

Petitioner may file a Second Amended Petition, through new counsel, on or before **March 18, 2026**. Respondents shall respond to the Second Amended Petition on or before **March 25, 2026**. Petitioner may file a reply on or before **April 1, 2026**.

The Court notes that it previously determined the six-month presumptively reasonable period under *Zadvydas* expires on April 3, 2026. (Doc. 6 at 5.) The Parties may of course raise whatever legal arguments they believe are appropriate. But given that the six-month presumptively reasonable period will almost certainly have expired by the time the Court rules on the Second Amended Petition, the Parties' briefs should focus on the other prongs of the *Zadvydas* analysis.

**IT IS SO ORDERED.**

DATE: March 11, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

2

3:26-cv-00272-RBM-VET